*11089367*
*$22.00*
*2/16/10*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

FILED FEB 16 2010 BANKRUPTCY COURT BUFFALO, N.Y.

IN RE: LEAH HERBY   BK: 07-14052 K

UNCLAIMED FUNDS    07-4052 K

---

The funds belonging to the estate of the debtor named ABOVE Having been disbursed in accordance with applicable orders entered in the said cases, except check # 14561 payable to

Leah Herby, 3015 Delaware Ave, Buffalo, NY 14217

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 22.00

CHECK # 14875 for $22.00
Representing unclaimed funds.

DATED: 2-11-2010

_____
ALBERT J. MOGAVERO
CHAPTER 13 TRUSTEE